# First District Court of Appeal
## State of Florida

_____

No. 1D18-0760

_____

STEVE O'DONNEL,

    Appellant,

v.

CITY OF SARASOTA and JOHN
EASTERN COMPANY, INC.,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Diane B. Beck, Judge.

Date of Accident:  June 29, 2016.

November 1, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jeffrey E. Appel of Appel Law Group, P.A., Lakeland, for Appellant.

Michael E. McCabe and David H. Roos of Henderson, Franklin, Starnes & Holt, P.A., Fort Myers, for Appellees.